**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. _____

GETTY IMAGES (US), INC., a New York
corporation,

    Plaintiff,

v.

FLORIDA LAWYERS NETWORK, LLC, a
Florida limited liability company,

    Defendant.
_____/

**COMPLAINT FOR DAMAGES**

Plaintiff GETTY IMAGES (US), INC. ("Getty Images"), by and through its undersigned attorneys, sues Defendant FLORIDA LAWYERS NETWORK, LLC ("FLN") and alleges as follow:

**INTRODUCTION**

1. Plaintiff Getty Images brings this action to recover damages resulting from copyright infringements by Defendant FLN of a photographic image exclusively licensed to Getty Images. Defendant FLN has reproduced, displayed, distributed and otherwise misused the protected image on its website, floridalawyersnetwork.com, without authorization and without paying Getty Images the required commercial license fee. Defendant's conduct violates the rights of Getty Images and the rights of the photographer that Getty Images represents.

**PARTIES**

2. Plaintiff Getty Images (US), Inc. is a New York corporation with its principal place of business in New York, New York.

1

3. Defendant Florida Lawyers Network, LLC is a Limited Liability Company organized under the laws of the State of Florida, with its principal place of business in Sunrise, Florida. FLN is the registered owner of the domain floridalawyersnetwork.com. Upon information and belief, FLN directly participated in the wrongful conduct alleged in this Complaint, and/or had the right and ability to supervise, direct and control the wrongful conduct of others, and derived a direct financial benefit from that wrongful conduct.

## JURISDICTION AND VENUE

4. This Court has original and exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this action raises federal questions arising under the laws of the United States (copyright infringement) and pursuant to the Copyright Act, 17 U.S.C. § 101, *et seq*.

5. Defendant FLN is subject to personal jurisdiction in this Court because it is a resident of the State of Florida and/or purposefully aimed its activities at the State of Florida from which the claims asserted in this Complaint arise. Additionally, FLN displays its website, floridalawyersnetwork.com, throughout the State of Florida, purposefully directs that website to residents of the State of Florida, and otherwise is engaged in business in the State of Florida.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1400(a), as FLN or its agent resides or may be found in Broward County, Florida. Upon information and belief, venue is also proper in this District pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to the claims asserted in this Complaint occurred in the District.

**FACTUAL BACKGROUND**

7. Getty Images is one of the world's leading digital content providers, supplying imagery, video and music to business customers. Getty Images licenses content for a wide variety of uses, including use online, in websites, books, newspapers, magazines, television and film productions, advertisements, marketing materials, products and packaging. Getty Images generates revenue from licensing the rights to use its content, including imagery, and from providing related services.

8. Getty Images was the first company to license imagery via the Internet and today delivers virtually all of its visual content digitally. Visitors to Getty Images' website, www.gettyimages.com, can search through and view millions of images and obtain licenses for those images online.

9. Getty Images owns some of the content that it licenses. Getty Images also acts as the distributor for more than 200,000 content suppliers – contributors, such as individual photographers, illustrators, filmmakers, media organizations, other stock photo agencies, and independent musicians. Content suppliers typically prefer to retain ownership of their work and, as a result, copyright to content remains with the artists in most cases, while Getty Images obtains by contract the right to market, distribute, and license that content to third parties. Some of this content is licensed to Getty Images on an exclusive basis.

10. Beginning in at least November 17, 2015 and continuing to the present, defendant FLN has infringed the copyright in a photographic image with the catalog description "992648-002 – Lawyer consulting legal reference book in library," that has been reproduced, displayed, and distributed by Defendant FLN on its website, floridalawyersnetwork.com, without

authorization. The identified image was at that time and is still today exclusively licensed to Getty Images.

11. On three separate occasions between May and July 2016, Getty Images sent written notices to Defendant FLN identifying Getty Images' rights in the subject image and demanding its removal from floridalawyersnetwork.com. FLN complied, in part, by replacing the image on the company's homepage floridalawyersnetwork.com. However, upon information and belief, the image "992648-002 – Lawyer consulting legal reference book in library," was and remains stored on the web server used by FLN to host its website at http://floridalawyersnetwork.com/wp-content/uploads/revslider/homeslider/4.jpg. A true and correct copy of that image, as it appeared on defendant's website as of October 24, 2016, is attached as Exhibit A. Defendant FLN's continued use of the image is without authorization by or payment to Getty Images.

12. The photographic image described herein is the subject of copyright Certificate of Registration VA 1-304-333 (dated November 26, 2004). Attached as Exhibit B is a true and correct copy of the Certificate of Registration.

13. Getty Images brings this action to enjoin defendant FLN's continuing infringement of copyright and to recover damages for the harm it has sustained, and for such further relief as sought herein.

## COUNT I

### (Copyright Infringement, 17 U.S.C. § 501, *et seq.*)

14. Getty Images repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 13, inclusive.

4

15. Getty Images is the exclusive licensee of the photographic image that is the subject of this action. Among the rights granted to Getty Images is the exclusive right to market and sublicense the right to copy, reproduce and display the image. Additionally, Getty Images is granted the exclusive right to make and control claims related to infringements of copyrights in the image. A copy of the copyright Certificate of Registration VA 1-304-333 issued by the United States Copyright Office, for the subject image, is attached as Exhibit B.

16. Defendant FLN has continued to reproduce, display to the public, distribute and make other infringing uses of the subject image despite receiving written notice in May 2016 from Getty Images regarding its rights to those images.

17. As a result of its conduct, FLN is liable to Getty Images for copyright infringement.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Getty Images respectfully requests that this Court grant the following relief:

a. That the Court enter a judgment against Defendant finding that it has infringed Getty Images' rights in the photographic image listed in Exhibit B;

b. That the Court enter an order, pursuant to 17 U.S.C. § 502(a), enjoining and restraining defendant FLN, and any persons or entities acting directly or indirectly on its behalf, from reproducing, displaying to the public, distributing or making any other infringing uses of the photographic image identified in Exhibit B;

c. That the Court enter an order, pursuant to 17 U.S.C. § 504(b), declaring that Defendant holds in trust, as constructive trustees for the benefit of Getty Images, all profits received by Defendant from its reproduction, distribution, display or other infringing uses of the

photographic image listed in Exhibit B, and requiring Defendant to provide Getty Images a full and complete accounting of all profits received by Defendant;

    d.    That the Court order Defendant to pay actual or statutory damages to Getty Images, as follows:

        (a)    actual damages suffered by Getty Images as a result of Defendant's infringements and all profits of Defendant that are attributable to those infringements, pursuant to 17 U.S.C. § 504(b); or

        (b)    statutory damages, to the maximum extent permitted by law, for Defendant's infringements of copyright, pursuant to 17 U.S.C. § 504(c);

    e.    That the Court order Defendant, pursuant to 17 U.S.C. § 505, to pay full costs, including reasonable attorney's fees, incurred by Getty Images in prosecuting this action;

    f.    That the Court order prejudgment interest on the amount of any award to Getty Images; and

    g.    That the Court grant to Getty Images such other and additional relief as is just and proper.

Dated:  November 14, 2016

Respectfully submitted,

By: s/ Michael P. Woodbury
Michael P. Woodbury, Esq.
Florida Bar Number 983690
Robert P. Santiago, Esq.
Florida Bar Number 62650
**WOODBURY, SANTIAGO & CORREOSO, P.A.**
9100 S. Dadeland Blvd., Suite 1702

        Miami, Florida 33156
        Telephone: 305.670.9580
        Facsimile:  305.670.2170
        Michael.Woodbury@woodbury-santiago.com
        Robert.Santiago@woodbury-santiago.com
        Service@woodbury-santiago.com

        -   and   -

By: s/ Jeremy E. Roller
        Jeremy E. Roller, Esq. (*pro hac vice*, pending)
        **YARMUTH WILSDON PLLC**
        1420 Fifth Avenue, Suite 1400
        Seattle, Washington 98101
        Telephone: 206.516.3800
        Facsimile:  206.516.3888
        jroller@yarmuth.com

    *Attorneys for Plaintiff Getty Images (US), Inc.*