Case 0:16-cv-62684-WPD   Document 10   Entered on FLSD Docket 11/29/2016   Page 1 of 1

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## MIAMI-DADE District of FLORIDA

Case Number: 16-62684

Plaintiff:
GETTY IMAGES (US), INC., A NEW YORK CORPORATION

vs.

Defendant:
FLORIDA LAWYERS NETWORK, LLC

For:
WOODBURY & SANTIAGO, P.A.
9100 South Dadeland Blvd
1702
Miami, FL 33156

Received by GORMAN PROCESS SERVICE, LLC on the 15th day of November, 2016 at 1:42 pm to be served on FLORIDA LAWYERS NETWORK LLC, 480 SAWGRASS CORPORATE PARKWAY, SUITE 110, FT. LAUDERDALE, FL 33325.

I, George Hanzimanolis, do hereby affirm that on the 21st day of November, 2016 at 1:50 pm, I:

served a CORPORATION by delivering a true copy of the SUMMONS/COMPLAINT with the date and hour of service endorsed thereon by me, to: MO ELDEIRY as OFFICE MANAGER for FLORIDA LAWYERS NETWORK LLC, at the address of: 480 SAWGRASS CORPORATE PARKWAY, SUITE 110, FT. LAUDERDALE, FL 33325, and informed said person of the contents therein, in compliance with state statutes.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Special Process Server in the county in which it was served. Under penalty of perjury, I declare that I have read the foregoing Verified Returned of Service and that the facts stated in it are true. I am in good standing in the circuit in which document was served. PURSUANT TO F.S. 92.525(2), NOTARY NOT REQUIRED

George Hanzimanolis
SPS #137

GORMAN PROCESS SERVICE, LLC
11767 South Dixie Highway
Suite 201
Miami, FL 33156
(305) 971-9636
Our Job Serial Number: ARG-2016005505

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n